JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Bernal<br><br>   Plaintiff,<br><br>v.<br><br>Monterey Financial Services, LLC.<br><br>   Defendants. | Case No. CV 16-05571-AB (AGRx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  February 10, 2017       _____
                                ANDRÉ BIROTTE JR.
                                UNITED STATES DISTRICT JUDGE

1.