# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BERNAL, | Case No. **2:16-cv-05571 AB (AGRx)** |
| Plaintiff, | **ORDER** |
| vs. | |
| MONTEREY FINANCIAL SERVICES LLC; and DOES 1 TO 20, INCLUSIVE | |
| Defendant | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Date: March 22, 2017     _____

Honorable André Birotte Jr.

Order to Dismiss - 1